1  Danny Atterbury
   2100 Napa Vallejo Hwy.
2  Napa, California 94558
3  In pro se



4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8  DANNY ATTERBURY,
                                     Case No. CV 07 6307 MHP (PR)
9           Plaintiff,              and CV 07 6256 MHP (PR)
              vs.
10                                   **MOTION TO SERVE PROCESS,**
   COMMISSIONER OF SOCIAL SECURITY,  **AND REQUEST FOR NOTICE**
11                                   **OF RELATED CASES STATUS.**
12          Defendant.               (FRCP Rule 4.)

13          On January 11, 2008, the Plaintiff ("I") mailed completed summons forms to the Court

14  for each defendant in case CV 07 6256 MHP (PR) and for each defendant in case CV 07 6307

15  MHP (PR), and requested for the U.S. Department of Justice Marshal's Service to serve

16  summons on all the defendants in both cases. I received a docket report for both cases that is

17  dated January 23, 2008, and lists the events in both cases up to January 4, 2008, but I there is no

    recording of the Court receiving the summons forms I mailed to the Court on January 11, 2008,

18  although I have receipts for the letters in which I mailed the forms to the Court. (See "Prison-

19  delivery" Rule, *People v. Casillas* (1990) 218 Cal.App.3d 1365, 1370.)

20          I filed a "Notice of Related Cases" (Civil L.R. 3-12(a)), on January 4, 2008, for the

21  convenience of all parties and to promote judicial economy because there are three related cases

22  currently in the United States District Court, Northern district of California, San Jose Division,

23  before the Honorable Ronald M. Whyte, United States District Court Judge. The names of the

    plaintiffs in the related cases before Judge Whyte are Plaintiff Bartolo Mullen (No. C 03-3676

24  RMW (PR), Plaintiff Ish'mael Jordan (No. C 03-2414 RMW RS (PR), and Plaintiff Ricky

25  Thomas, A.K.A. Leo Archer (C-07-0329-RMW).

26  ///

27

28                                        1

I would like summons served for both cases (CV 07 6256 MHP (PR) and CV 07 6307 MHP) as soon as possible but I am not sure if I should request to have summons served before the notice of related cases I filed is heard or the other way around.

I would also like to learn the status of the notice of related cases I filed, and if the Northern District Court received the filled summons forms I mailed to the Court on January 11, 2008.

Therefore, I respectfully request the Court to take the appropriate action as I would like to get these cases moving along.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,                                    Date: 1/28/08

Danny Atterbury