# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY et al,

       Plaintiff,

  v.

ED FOULK et al,

       Defendant.

_____/

Case Number: CV07-06256 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Atterbury NA 202460-2
Napa State Mental Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: July 8, 2008

                    Richard W. Wieking, Clerk
                    By: Anthony Bowser, Deputy Clerk