Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558
In pro se

FILED

08 JUL -7 PM 2: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DANNY ATTERBURY, | Case No. CV 07 6256 MHP (PR) |
|---|---|
| Plaintiff, | **REQUEST FOR COURT TO SERVE SUMMONS AND COMPLAINT.** |
| v. | |
| MR. ED FOULK, et al., | |
| Defendants. | |

    Federal Rules of Civil Procedure, Rule 4(b), as amended through December 1, 2007, provides that "[o]n or after filing the complaint the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons – or a copy of a summons that is addressed to multiple defendants – must be issued for each defendant to be served."

    I have enclosed a completed summons form for each defendant and I request the Clerk to sign, seal, and issue each summons form to the plaintiff for service on each defendant as soon as possible.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Danny Atterbury

*/s/ Danny Atterbury*

Date: July 2, 2008

1

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

Danny Atterbury

v.

Ed Foulk,

**SUMMONS IN A CIVIL CASE**

CASE No: CV 07 6256 MHP (PR)

TO: Ed Foulk, Executive Director of Napa State Hospital, 2100 Napa Vallejo Hwy, Napa, California 94558.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF Danny Atterbury at Napa State Hospital, 2100 Napa Vallejo Hwy., Napa, California 94558, an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK**                                    **DATE**

**(By) DEPUTY CLERK**

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

Danny Atterbury

v.

Gwen Livones,

**SUMMONS IN A CIVIL CASE**

CASE No: CV 07 6256 MHP (PR)

TO: Gwen Livones, Former Program 1, Ward T-7 shift lead of Napa State Hospital, 2100 Napa Vallejo Hwy, Napa, California 94558.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF Danny Atterbury at Napa State Hospital, 2100 Napa Vallejo Hwy., Napa, California 94558, an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK**            **DATE**

**(By) DEPUTY CLERK**

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

Danny Atterbury

**SUMMONS IN A CIVIL CASE**

v.

CASE No: CV 07 6256 MHP (PR)

Mike Stolp,

TO: Mike Stolp, Program 1 Manager of Napa State Hospital, 2100 Napa Vallejo Hwy, Napa, California 94558.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF Danny Atterbury at Napa State Hospital, 2100 Napa Vallejo Hwy., Napa, California 94558, an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
**CLERK**                      **DATE**


_____
**(By) DEPUTY CLERK**



NSH Mailroom, please stamp legal mail to Federal Court for $12.50 Client.

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

**Legal Mail**
Mailed on 2-Jul-08

NSH Mailroom, please stamp legal mail to Federal Court for $12.50 Client.

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

**Legal Mail**
Mailed on 2-Jul-08










