Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558
In pro per





IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DANNY ATTERBURY | No. CV 07 6256 MHP (PR) |
|---|---|
| Plaintiff, | REQUEST FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, ORDER TO SHOW CAUSE, AND APPROPRIATE PROTECTIVE ORDER RELIEF. |
| v. | |
| ED FOULK; et al., | |
| Defendants. | |

  I have complained for years that I am inappropriately housed with violent insane mental patients that are much younger than I am and are not injured or physically disabled, although I am 60 years old and I suffer constant severe to excruciating pain from a disabling spinal injury caused by a .38 caliber gunshot wound to my spine years ago and aggravated by a fall at NSH in 2001. I finally had an Open MRI of my lower spine on July 2, 2008 at the Queen of the Valley Hospital Imaging Center in Napa California. The first page of the results reads in pertinent part "[t]here is a central compression fracture of the L3 vertebral body with approximately 30-40% loss in height. The fracture is remote in age based on the "rr arrow" [sic] signal intensities." (Emphasis mine.) The conclusion to the results on page 2 states the MRI revealed (1) "multi-level degenerative disc disease with lateral disc protrusions at L3-4 and L4-5 resulting in neural formaminal stenosis," and (2) "chronic (remote) L3 vertebral body compression fracture."

  I was told that Ward T-7 Unit Supervisor psychiatric technician Demetrius Henderson, psychiatric technician Program 1 Manager Mike Stolp, and psychiatric technician Program 1

Restraining Order Request 7-12-08      1

Assistant Dawn Simon decided to make the inexperienced and unprincipled junior psychiatric technician Virgil acting Ward T-7 Unit Supervisor while Demetrius took a vacation on state time and on state money for two weeks. I filed complaints about Stolp, Simon, and Demetrius a few months ago because they permit Virgil to sexually and otherwise abuse other patients and old men with a spinal injury like me, and I was told that putting Virgil in the Unit Supervisor position were he can move violent patients into the room with me and/or move me in a room with patients that do not shower and who are very violent and in a position where Virgil can abuse me at will is their retaliation for my complaints.

This does not surprise me and when I heard that Demetrius was going on vacation about a week ago I wrote a complaint about Virgil and expressed my concerns about Demetrius and his cronies putting a junior psychiatric technician like Virgil in the unit supervisor position for two weeks where he can abuse other patients and I at will. The May 1997 report Protection & Advocacy, Inc., wrote about the NSH Failure to Protect Residents from Abusive Seclusion and Restraint Practices and failure to Properly Investigate Related Potential Criminal Conduct by Staff and police revealed a "code of silence," or the failure to speak out when wrongdoing is committed by co-workers, and the report discussed the police permitting their co-workers in other positions to commit sexual, physical, psychological, and fiduciary abuse on the patients.

I have a constitutional right to not have to go through the figurative hell that I have been put through for years, and I request the Court to forthwith issue orders to make life easier, less painful and less frustrating for me. The Court knows the situation here, that is the best way that I can phrase this, and the United States Supreme Court emphasized that a document filed pro se should be construed even more liberally, "however inartfully pleaded." *(Erickson v. Pardus*, 127 S.Ct. 2197, 2200 (2007)

**Request for Relief**

Therefore, I respectfully request the Court to issue emergency injunctive relief based on the complaint, and motions and pleadings in this case as soon as possible.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information, memory, and belief.

Respectfully submitted,                                  Date: 7/14/08

Danny Atterbury

Restraining Order Request 7-12-08                           2