July 15, 2008
Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558
In pro per

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102

RE:  Atterbury v. Foulk, et al
     Case No. CV 07 6256 MHP (PR)

TO THE COURT:

Please find enclosed a money order for $5.00 to pay the partial filing fee before August 1, 2008, as the Court's July 8, 2008, Order of Service mandates.

It should be noted that I received a document dated July 11, 2008, showing the ledger activity in my institution trust account last night showing a current balance of zero,

I have copies of the money order and I will make copies of the ledger activity document today. It is a good thing I have some kind and considerate friends that enabled me to pay the fee this quickly.

Sincerely,

Danny Atterbury

*[signature]*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021417
Cashier ID: almaceh
Transaction Date: 07/17/2008
Payer Name: OUR CAFE
--------------------------------
PLRA CIVIL FILING FEE
 For: OUR CAFE
 Case/Party: D-CAN-3-07-CV-006256-001
 Amount:         $5.00
--------------------------------
CHECK
 Check/Money Order Num: 12923
 Amt Tendered: $5.00
--------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```




Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

mailed 7/15/08

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA  94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



If It Aint Yers, Keep Yer Paws Off!!