Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558
In pro per



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DANNY ATTERBURY | No. CV 07 6256 MHP (PR) |
|---|---|
| Plaintiff, | REQUEST FOR COURT TO ISSUE RELIEF TO ENSURE PLAINTIFF'S MAIL IS MAILED ON A DAILY BASIS AND IN A TIMELY FASHION. |
| v. | |
| ED FOULK; et al., | |
| Defendants. | |

I have time limits on a lot of my legal mail and I have a right to have all my mail mailed on a daily basis and in a timely fashion. Ward T-7 is the only ward in the Napa State (mental) "Hospital" (NSH) that I know of that does not have a ward clerk to make sure the patients' mail is mailed every day and the patients mail frequently is not mailed every day. On every ward, except Ward T-7, I have been housed on during the entire 20 years of my unconstitutional confinement at NSH the outgoing and incoming mail boxes for the patients' mail in the ward offices is always visible and the patients can observe when the mail arrives and when the mail is taken to be mailed.

Since I was transferred to Mike Stolp's discriminatory punishment and deprivation Ward T-7 on April 23, 2007 in retaliation and as punishment for my complaints and for exercising my free speech rights, there have been several different clerks assigned to Ward T-7 but they all left due to deplorable and unsafe working conditions and I have had to consistently remind the staff to mail the patients' mail because the days that I do not remind the staff to mail the patients' mail, the mail does not get mailed at all.

Mail Tampering.                                    1

The Ward T-7 Supervisor Demetrius Henderson went on his third or fourth two-week state paid leave so far this year about one week ago and I noticed that the incoming and outgoing mail boxes for the patients' mail are no longer visible in the office and I was advised that Demetrius Henderson put the incoming and outgoing mail boxes for the patients' mail in the back office where the patients cannot observe to see if their mail is being mailed on a daily basis.

In the case of *In re Jordan* (1992) 4 Cal.4th 116, the California Supreme Court held that "a prisoner's notice of appeal is deemed to have been filed in the office of the appropriate county clerk on the date, within the filing period prescribed by rule 31(a), on which it was delivered to the prison authorities," and this is called the "Prison-delivery Rule." The prison-delivery rule also furthers the efficient use of judicial resources by establishing a "bright-line" test that permits courts to avoid the substantial, administrative burden that would be imposed were courts required to determine, on a case-by-case basis, whether a prisoner's notice of appeal was delivered to prison authorities "sufficiently in advance of the filing deadline" to permit the timely filing of the notice in the county clerk's office.

The California Supreme Court explained that "on the basis of these same considerations, the United States Supreme Court has concluded that the prison-delivery rule applies to filings by federal prisoners in federal proceedings, and, for similar reasons, the courts of other states also have recently endorsed the prison-delivery rule." (*In re Jordan*, supra at p. 120, citing *Houston v. Lack* (1988) 487 U.S. 266; *Haag v. State* (Fla. 1992) 591 So.2d 614, 615-618; *Commonwealth v. Hartsgrove* (Mass. 1990) 407 Mass. 441.) The California Supreme Court concluded the prison-delivery rule should be reaffirmed because of the continued vitality of the reasoning underlying the rule." (*Ibid.*)

Obviously, in order for a prisoner to prove when he or she delivered the notice of appeal to prison authorities the prison must have a procedure for the prisoner to get a receipt when he or she deposits his or her mail in the prison mail box. Napa State Hospital Administrative Directive (AD) #485, page 6, paragraph "B," sentence 3, states verbatim that "Unit staff shall maintain a log of all outgoing legal correspondence, to include client's name, date recipient, and staff's signature," and this requirement complies with the prison delivery rule.

Notwithstanding, the NSH staff do not like to follow AD #485 and many other rules and they became angry when I have to frequently remind them to log my mail in the book. Another problem I encountered was the staff refused to make copies of pages from the log book when I asked them for copies and they claimed the information is confidential and other times I was told

Mail Tampering.                                      2

the log book was "misplaced or somehow lost and they do not know how it happened but they are very sorry." I found it much easier to make two copies of my own receipts listing all of my mail on any given day and have the staff sign the receipts after I signed and give one copy to the staff for their records and keep a copy for my records. However, this does not cure the inconvenience and the cost that late pleadings cause the courts and cause me and there is no legitimate reason to put the mail boxes for patients' mail in the back office where the patients cannot see if their mail is mailed timely and on a daily basis.

It does not do any good to ask the staff if they mailed the mail because the staff frequently lie to the patients and get mad easily and the young arrogant and abusive psychiatric technician (Virgil Waller Jr.) put in charge while Demetrius is on leave often calls the hospital police when patients complain or even ask questions and the police come and drug the patients with mind-altering, painful, disfiguring and on occasion deadly psychiatric drugs *(In re Qawi,* (2004) 32 Cal.4th 1, 15) as punishment for complaining although this is in violation of the Non-Deniable-Non-LPS Patients' Rights set forth in Title 9, California Code of Regulations, § 883(b)(5).

I have proof that other patients and I have had many problems with lost, late, and stolen letters, packages, and money in letters and packages at NSH over the years and my friends at the Citizens Commission on Human Rights[1] agree that Demetrius Henderson's act of moving the mail boxes to the back office where the patients cannot see if their mail is being mailed on a daily basis is an underhanded and deceitful move apparently designed to circumvent the laws that mandate the institution to mail all the patients' mail on a daily basis.

### Request for Relief

Therefore, I respectfully request the Court to order the defendants to ensure my mail is mailed on a daily basis and in a timely fashion and to put the mail boxes back where other patients and I can see when the mail is mailed on a daily basis or order another just remedy.

---

[1] The Citizens Commission on Human Rights (CCHR) International was established in 1969 by the Church of Scientology to investigate and expose psychiatric violations of human rights, and to clean up the field of mental healing. Today, it is estimated that CCHR has more than 250 chapters in over 31 countries. Its board of advisors, called Commissioners, includes doctors, lawyers, educators, artists, business professionals, and civil and human rights representatives. CCHR has inspired and caused many hundreds of reforms by testifying before legislative hearings and conducting public hearings into psychiatric abuse, as well as working with media, law enforcement, and public officials the world over. (CCHR: www.cchr.org • www.psychdrugsdangers.com • e-mail: humanrights@cchr.org. www.psychcrime.org • http://www.dodig.osd.mil/INV/DCIS) (CCHR: Tele: (323) 467-4242 • (800) 869-2247 • (800) 942-2247 • see also Bill Sargent, Shasta County at (530) 472-3299 • e-mail-cchr@jett.net • e-mail-sarge@jett.net)

Mail Tampering.                                    3

1  I declare under penalty of perjury the foregoing is true and correct to the best of my
2  knowledge, information, memory, and belief.
3  Respectfully submitted,                                    Date: 7/~~~~/08
   Danny Atterbury
4  /s/ Danny Atterbury

Mail Tampering.                         4

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

**Legal Mail**
Mailed on 22-Jul-08

NSH Mailroom, please stamp
mail to Federal Court for $1

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102

02 1M
0004219468
MAILED FROM ZIP CODE 94558
$ 00.59⁰
JUL 22 2008
PITNEY BOWES
UNITED STATES POSTAGE

