UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DANNY ATTERBURY et al,

          Plaintiff,

   v.

ED FOULK et al,

          Defendant.

Case Number: CV07-06256 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Danny Atterbury NA 202460-2
Napa State Mental Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: August 5, 2008

                        Richard W. Wieking, Clerk
                        By: Anthony Bowser, Deputy Clerk