Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558
In pro per

FILED
08 AUG 18 PM 3: 53
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,

v.

ED FOULK, et al.,

    Defendants.
_____/

No. CV 07 6256 MHP (PR)

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 14, 2008

                                             _Danny Atterbury_ Pro Se
                                             Signature

                                             Counsel for_____

                                             (Plaintiff, Defendant or indicate "pro se")

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

**Legal Mail**
Mailed 14-Aug-08

Clerk, United States District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

NSH Mailroom, please stamp
mail to Federal Court for $1

94102+34??

02 1M
0004219468
MAILED FROM ZIP CODE 94558
$ 00.42⁰
AUG 15 2008
PITNEY BOWES
UNITED STATES POSTAGE



Thou Shalt Not Touch What is Not Thine!!