FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 17 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  DANNY ATTERBURY. | No. 09-72885 |
| | D.C. No. 3:07-cv-06256-MHP<br>Northern District of California,<br>San Francisco |
| DANNY ATTERBURY,<br><br>       Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF<br>CALIFORNIA,<br><br>       Respondent,<br><br>ED FOULK; et al.,<br><br>       Real Parties in Interest. | ORDER |

Before:  WARDLAW, FISHER and BERZON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

AT/MOATT

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.