UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ATTERBURY, | No. C 07-6256 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| ED FOULK; et al., | |
| Defendants. | |

Plaintiff's request for relief from the judgment is DENIED because he has not shown his entitlement to relief under any of the subsections of Federal Rule of Civil Procedure 60. (Docket # 66.)

IT IS SO ORDERED.

Dated: March 22, 2010

Marilyn Hall Patel
United States District Judge